UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case:4:25-cr-20625<br>Judge: Behm, F. Kay<br>MJ: Ivy, Curtis |
| Plaintiff, | Filed: 08-20-2025 At 01:05 PM<br>IN RE SEALED MATTER (nm) |
| v. | |
| KOBE Y. PATTERSON, | Violations:<br>18 U.S.C. § 922(a)(1)(A)<br>18 U.S.C. § 922(a)(6) |
| Defendant. | 18 U.S.C. § 932(b)(1)<br>18 U.S.C. § 922(o) |

**INDICTMENT**

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**DEALING IN FIREARMS WITHOUT A LICENSE**
**18 U.S.C. § 922(a)(1)(A)**

Beginning on or about June 18, 2024, and continuing until on or about December 9, 2024, in the Eastern District of Michigan, the defendant, KOBE Y. PATTERSON, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, willfully engaged in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT TWO
### FALSE STATEMENT DURING ACQUISITION OF A FIREARM
### 18 U.S.C. § 922(a)(6)

On or about June 18, 2024, in the Eastern District of Michigan, the defendant, KOBE Y. PATTERSON, in connection with the acquisition of a firearm, that is, a Glock, Model 17, 9mm caliber, semi-automatic pistol, from Business-1, a licensed firearm dealer within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement that was intended and likely to deceive Business-1 about a fact material to the lawfulness of his acquisition of the firearm, that is, the defendant executed a Department of Justice–ATF Form 4473–Firearms Transaction Record, that represented that he was the actual buyer of the firearm identified on the form, when in fact, as the defendant knew, he was not the actual buyer of the firearm.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT THREE
### FALSE STATEMENT DURING ACQUISITION OF A FIREARM
### 18 U.S.C. § 922(a)(6)

On or about June 18, 2024, in the Eastern District of Michigan, the defendant, KOBE Y. PATTERSON, in connection with the acquisition of a firearm, that is, a Glock, Model 19X, 9mm caliber, semi-automatic pistol, from Business-1, a licensed

2

firearm dealer within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement that was intended and likely to deceive Business-1 about a fact material to the lawfulness of his acquisition of the firearm, that is, the defendant executed a Department of Justice–ATF Form 4473–Firearms Transaction Record, that represented that he was the actual buyer of the firearm identified on the form, when in fact, as the defendant knew, he was not the actual buyer of the firearm.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT FOUR
### FALSE STATEMENT DURING ACQUISITION OF A FIREARM
### 18 U.S.C. § 922(a)(6)

On or about September 24, 2024, in the Eastern District of Michigan, the defendant, KOBE Y. PATTERSON, in connection with the acquisition of a firearm, that is, a Glock, Model 17 Gen 5, 9mm caliber, semi-automatic pistol, a Glock, Model 45, 9mm caliber, semi-automatic pistol, and a Glock, Model 23 Gen 3, .40 caliber, semi-automatic pistol, from Business-2, a licensed firearm dealer within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement that was intended and likely to deceive Business-2 about a fact material to the lawfulness of his acquisition of the firearms, that is, the defendant

executed a Department of Justice–ATF Form 4473–Firearms Transaction Record, that represented that he was the actual buyer of the firearms identified on the form, when in fact, as the defendant knew, he was not the actual buyer of the firearms.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT FIVE
### FALSE STATEMENT DURING ACQUISITION OF A FIREARM
### 18 U.S.C. § 922(a)(6)

On or about October 18, 2024, in the Eastern District of Michigan, the defendant, KOBE Y. PATTERSON, in connection with the acquisition of a firearm, that is, an ATI Omni–Hybrid Maxx, multi-caliber, semi-automatic pistol, and a Glock, Model 19 Gen 5, 9mm caliber, semi-automatic pistol, from Business-2, a licensed firearm dealer within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement that was intended and likely to deceive Business-2 about a fact material to the lawfulness of his acquisition of the firearms, that is, the defendant executed a Department of Justice–ATF Form 4473–Firearms Transaction Record, that represented that he was the actual buyer of the firearms identified on the form, when in fact, as the defendant knew, he was not the actual buyer of the firearms.

4

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT SIX
### STRAW PURCHASING OF A FIREARM
### 18 U.S.C. § 932(b)(1)

On or about October 18, 2025, in the Eastern District of Michigan, the defendant, KOBE Y. PATTERSON, knowingly purchased a firearm, that is, a Glock, Model 19X, 9mm caliber, semi-automatic pistol, in or otherwise affecting interstate or foreign commerce for, on behalf of, and at the request or demand of Person-1, knowing or having reasonable cause to believe that Person-1 had been previously convicted in any court of a crime punishable by a term of imprisonment exceeding one year, in violation of Title 18, United States Code, Section 932(b)(1).

## COUNT SEVEN
### FALSE STATEMENT DURING ACQUISITION OF A FIREARM
### 18 U.S.C. § 922(a)(6)

On or about October 31, 2024, in the Eastern District of Michigan, the defendant, KOBE Y. PATTERSON, in connection with the acquisition of a firearm, that is, two DGS Defense, Model DGS-MP, multi-caliber receivers, from Business-3, a licensed firearm dealer within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement that was intended and likely to deceive Business-3 about a fact material to the lawfulness of his acquisition of the

firearms, that is, the defendant executed a Department of Justice–ATF Form 4473–Firearms Transaction Record, that represented that he was the actual buyer of the firearms identified on the form, when in fact, as the defendant knew, he was not the actual buyer of the firearms.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT EIGHT
### FALSE STATEMENT DURING ACQUISITION OF A FIREARM
### 18 U.S.C. § 922(a)(6)

On or about October 31, 2024, in the Eastern District of Michigan, the defendant, KOBE Y. PATTERSON, in connection with the acquisition of a firearm, that is, a Romarm/Cugir, Model Mini Draco, 7.62x39mm caliber, semi-automatic pistol, and a Glock, Model 26 Gen 5, 9mm caliber, semi-automatic pistol, from Business-4, a licensed firearm dealer within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement that was intended and likely to deceive Business-4 about a fact material to the lawfulness of his acquisition of the firearms, that is, the defendant executed a Department of Justice–ATF Form 4473–Firearms Transaction Record, that represented that he was the actual buyer of the firearms identified on the form, when in fact, as the defendant knew, he was not the actual buyer of the firearms.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT NINE
### FALSE STATEMENT DURING ACQUISITION OF A FIREARM
### 18 U.S.C. § 922(a)(6)

On or about November 19, 2024, in the Eastern District of Michigan, the defendant, KOBE Y. PATTERSON, in connection with the acquisition of a firearm, that is, a Romarm/Cugir, Model Mini Draco, 7.62x39mm caliber, semi-automatic pistol, from Business-2, a licensed firearm dealer within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement that was intended and likely to deceive Business-2 about a fact material to the lawfulness of his acquisition of the firearm, that is, the defendant executed a Department of Justice–ATF Form 4473–Firearms Transaction Record, that represented that he was the actual buyer of the firearm identified on the form, when in fact, as the defendant knew, he was not the actual buyer of the firearm.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TEN
### FALSE STATEMENT DURING ACQUISITION OF A FIREARM
### 18 U.S.C. § 922(a)(6)

On or about November 22, 2024, in the Eastern District of Michigan, the defendant, KOBE Y. PATTERSON, in connection with the acquisition of a firearm, that is, a Glock, Model 22, .40 caliber, semi-automatic pistol, from Business-5, a licensed firearm dealer within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement that was intended and likely to deceive Business-5 about a fact material to the lawfulness of his acquisition of the firearm, that is, the defendant executed a Department of Justice–ATF Form 4473–Firearms Transaction Record, that represented that he was the actual buyer of the firearm identified on the form, when in fact, as the defendant knew, he was not the actual buyer of the firearm.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

8

## COUNT ELEVEN
### ILLEGAL POSSESSION OF A MACHINEGUN
### 18 U.S.C. § 922(o)

On or about January 21, 2025, in the Eastern District of Michigan, the defendant, KOBE Y. PATTERSON knowingly possessed a machinegun, that is, a drop-in auto sear, a part designed and intended solely and exclusively to convert a firearm to shoot automatically more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18, United States Code, Section 922(o).

## FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture. Pursuant to Fed.R.Cr.P. 32.2(a), the government hereby gives notice to the defendant of its intention to seek forfeiture of all proceeds of the alleged violations, direct or indirect, or property traceable thereto; all property that facilitated the commission of the

violations alleged, or property traceable thereto; all property involved in, or property traceable to, the violations alleged in this Indictment.

**THIS IS A TRUE BILL.**

Dated: August 20, 2025

JEROME F. GORGON JR.
United States Attorney

s/ GRAND JURY FOREPERSON
GRAND JURY FOREPERSON

s/ ANTHONY P. VANCE
ANTHONY P. VANCE
Assistant United States Attorney
Chief – Branch Offices
600 Church Street, Suite 210
Flint, Michigan 48502-1280
Phone: (810) 766-5177
Anthony.vance@usdoj.gov
P61148

Companion Case information MUST be completed by AUSA and initialed.

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|
| NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete | | Case: 4:25-cr-20625<br>Judge: Behm, F. Kay<br>MJ: Ivy, Curtis<br>Filed: 08-20-2025 At 01:05 PM<br>IN RE SEALED MATTER (nm) |

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☑ No | AUSA's Initials: APV |

Case Title: USA v. KOBE Y. PATTERSON

County where offense occurred : Genesee

Check One:    ☑ Felony        ☐ Misdemeanor        ☐ Petty

　　X Indictment/____Information --- **no prior complaint.**
　　____Indictment/____Information --- based upon prior complaint [Case number: _____]
　　____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

Superseding to Case No: _____        Judge: _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

August 20, 2025                    s/ANTHONY P VANCE
　　　　Date                          ANTHONY P. VANCE
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　210 Federal Building
　　　　　　　　　　　　　　　　600 Church Street
　　　　　　　　　　　　　　　　Flint, Michigan 48502
　　　　　　　　　　　　　　　　Telephone: (810) 766-5177
　　　　　　　　　　　　　　　　Email: anthony.vance@usdoj.gov

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013